UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KRISTINA BERG, Aviva

    Plaintiff,

v.                                                                Case No:  2:15-cv-270-FtM-38CM

CIGNA LIFE INSURANCE COMPANY OF NEW YORK,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Plaintiff's Response to the Court's Order to Show Cause (Doc. #8) filed on May 13, 2015.  On May 6, 2015, the Court ordered Plaintiff to show cause as to why this case should not be dismissed for failure to establish subject matter jurisdiction based on the amount in controversy.  (Doc. #7).  In response, Plaintiff provided the Court with affidavits from her attorneys (Docs. ## 8-1, 8-2), illustrating that the reasonable attorneys' fees in this case, when combined with the requested compensatory damages, exceed the required amount in controversy.  Consequently, the Court finds that no further action is necessary.  *See Mirras v. Time Ins. Co., 578 F.Supp.2d 1351, 1353 (M.D. Fla. 2008)* (finding that the amount in controversy of an

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

insurance action was met when the requested compensatory damages were combined with a sworn attorney's fees estimate).

Accordingly, it is now

**ORDERED:**

The Court will take no further action on its Order dated May 6, 2015.  ([Doc. #7](Doc. #7)).

**DONE** and **ORDERED** in Fort Myers, Florida, this 20th day of May, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record